CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

VICTORIA L. H. BOOKE (SBN: 142518)
vbooke@gmail.com
LAW OFFICES OF BOOKE & AJLOUNY, LLP
606 North First Street
San Jose, California 95112
Telephone: (408) 286-7000
Facsimile: (408) 286-7111
Attorneys for Defendants
Wai-Hung Leung, Jennifer Li, 770 Kiely, LLC

APPROVED

Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>WAI-HUNG LEUNG, in individual and representative capacity as trustee of LeungLi QPRT Trust dated February 8, 2006;<br>JENNIFER LI, in individual and representative capacity as trustee of LeungLi QPRT Trust dated February 8, 2006;<br>770 KIELY, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　Defendants. | Case: 5:18-CV-06700-BLF<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: December 25, 2019     CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
    Amanda Lockhart Seabock
    Attorneys for Plaintiff

Dated: December 25, 2019     LAW OFFICES OF BOOKE & AJLOUNY, LLP

By: /s/ Victoria L. H. Booke
    Victoria L. H. Booke
    Attorneys for Defendant
    Wai-Hung Leung, Jennifer Li, 770
    Kiely, LLC

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Victoria L. H. Booke, counsel for Wai-Hung Leung, Jennifer Li, 770 Kiely, LLC, and that I have obtained Ms. Booke's authorization to affix her electronic signature to this document.

Dated: December 25, 2019        CENTER FOR DISABILITY ACCESS

                                    By: /s/ Amanda Lockhart Seabock
                                          Amanda Lockhart Seabock
                                          Attorneys for Plaintiff

# PROOF OF SERVICE
# JOHNSON V. LEUNG
5:18-CV-06700-BLF

I, the undersigned, am over the age of eighteen years. I am not a party to the above-entitled action; my business address is 8033 Linda Vista Road, Suite 200, San Diego, CA 92111

On December 25, 2019 I served the following document(s):

**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)**

Addressed to:

> **Victoria Booke**
> Fahmy & Booke
> 606 N 1st St
> San Jose, CA 95112-5109

- ☐ BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.
- ☐ BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
- ☐ BY OVERNIGHT EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.
- ☐ BY PERSONAL SERVICE: I caused said documents to be personally served on all listed recipients via ASAP legal Services
- ☑ BY ELECTRONIC MAIL TRANSMISSION: via email. I caused the listed documents to be electronically emailed to the above recipients.

Executed on December 25, 2019, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Renuka Patil